# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

```
-----------------------------------------------------X
GOSHAWK DEDICATED Ltd., et al,          :
                                        :
                        Plaintiffs,     :        CIVIL ACTION NO.
                                        :        1:13-CV-00133-RWS
            v.                          :
                                        :
LIFETRADE MANAGEMENT                    :
COMPANY, et al.,                        :
                                        :
                        Defendants.     :
-----------------------------------------------------X
```

## ENTRY OF APPEARANCE OF ATTORNEY JOHN R. AUTRY FOR DEFENDANT AMERICAN VIATICAL SERVICES, LLC

Attorney John R. Autry of the law firm Smith, Gambrell & Russell, LLP make this Entry of Appearance as Counsel of record for Defendant American Viatical Services, LLC ("Defendant"); gives notice to the Court, the Clerk, all parties, all counsel of record, and all other interested persons of his appearance; and requests service of all orders, notices, pleadings, motions, briefs, discovery, and other process or papers of any kind or description filed in this action.

*[signature on following page]*

Respectfully submitted this 4th day of February, 2014.

**SMITH, GAMBRELL & RUSSELL LLP**  
1230 Peachtree Street, N.E.  
Promenade, Suite 3100  
Atlanta, Georgia  30309-3592  
(404) 815-3500 (telephone)  
(404) 815-3509 (facsimile)  
jautry@sgrlaw.com

*/s/ John R. Autry*
_____
John R. Autry  
Georgia Bar No. 029029

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED counsel hereby certifies that he caused the foregoing **ENTRY OF APPEARANCE OF ATTORNEY JOHN R. AUTRY** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing sufficient to constitute service to counsel of record.

This 4th day of February, 2014.

*John R. Autry*
Counsel for Defendant