# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

```
-------------------------------------------------X
GOSHAWK DEDICATED Ltd., et al,      :
                                    :
                   Plaintiffs,      :    CIVIL ACTION NO.
                                    :    1:13-cv-00133-RWS
         v.                         :
                                    :
LIFETRADE MANAGEMENT                :
COMPANY, et al.,                    :
                                    :
                   Defendants.      :
-------------------------------------------------X
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate that Plaintiffs' Complaint is hereby dismissed with prejudice.

SO STIPULATED this 5th day of February, 2014.

[signatures on following pages]

/s/ John H. Fleming  
John H. Fleming (263250)  
Valerie S. Sanders (625819)  
Stacey McGavin Mohr (619207)  
SUTHERLAND ASBILL & BRENNAN LLP  
999 Peachtree Street, NE, Suite 2300  
Atlanta, Georgia  30309-3996  
404.853.8000 (t)  
404.853.8806 (f)  
john.fleming@sutherland.com  
valerie.sanders@sutherland.com  
stacey.mohr@sutherland.com  

Of Counsel:  
R. Steven Anderson  
Raenu Barod  
Michael J. Levin  
Kyle M. Medley  
BARGER & WOLEN LLP  
10 E. 40th Street, 40th Floor  
New York, New York  10116  
212.557.2800 (t)  
212.557.2884 (f)  
sanderson@bargerwolen.com  
rbarod@bargerwolen.com  
mlevin@bargerwolen.com  
kmedley@bargerwolen.com  

*Counsel for Plaintiffs*  
*Goshawk Dedicated Ltd.*  
*and Kite Dedicated Ltd.*

/s/ Jason S. Bell  
Jason S. Bell (048530)  
John R. Autry (029029)  
SMITH, GAMBRELL & RUSSELL, LLP  
1230 Peachtree Street, N.E.  
Suite 3100 - Promenade  
Atlanta, Georgia  30309-3592  
404.815.3500 (t)  
404.815.3509 (f)  
jbell@sgrlaw.com  
jautry@sgrlaw.com  

*Counsel for Defendants*  
*American Viatical Services, LLC,*  
*Lifetrade Management Company LLC,*  
*Lifetrade Asset Management, LLC,*  
*Longevity Investments, LLC,*  
*Longevity Partners LLC,*  
*AVS Underwriting, LLC,*  
*AVS Servicing, LLC,*  
*John D. Marcum, and Roy G. Smith*  

and

/s/ Frank G. Goldman
Frank G. Goldman (300052)
FRANK G. GOLDMAN, P.C.
The Republic Building
1776 Briarcliff Road, NE
Atlanta, Georgia 30306
678.705.8483 (t)
866.763.2799 (f)
fgoldman@fggpc.com

*Counsel for Defendants*
*Ron Kreiter, Philip R. Loy,*
*Sharon H. Loy, and Rita Neff*

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court through the CM/ECF system, which will cause copies to be served upon the following attorneys of record:

| | |
|---|---|
| Jason S. Bell | Frank G. Goldman |
| John R. Autry | FRANK G. GOLDMAN, P.C. |
| SMITH, GAMBRELL & RUSSELL, LLP | The Republic Building |
| 1230 Peachtree Street, N.E., Suite 3100 | 1776 Briarcliff Road, NE |
| Atlanta, Georgia 30309-3592 | Atlanta, Georgia 30306 |
| jbell@sgrlaw.com | fgoldman@fggpc.com |
| jautry@sgrlaw.com | |

J. Robert Williamson
Ashley Reynolds Ray
SCROGGINS & WILLIAMSON, P.C.
127 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303
rwilliamson@swlawfirm.com
aray@swlawfirm.com

This 5th day of February, 2014.

*/s/ John H. Fleming*
John H. Fleming